```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                         Plaintiff,      :
                                         :    11 Civ. 4904 (DLC)
             -v-                         :
                                         :         ORDER
COMPANIA INTERNACIONAL, FINANCIERA       :
S.A., COUDREE CAPITAL GESTION S.A., and  :
CHARTWELL ASSET MANAGEMENT SERVICES,     :
                         Defendants.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 15, 2011 a temporary restraining order was issued and a preliminary injunction hearing scheduled for July 25, 2011. The date for the preliminary injunction hearing is adjourned to July 28, 2011. The following schedule shall govern the further conduct of proceedings in this case:

1. A conference shall be held on **July 22** at **12:00 PM** in Courtroom 11B, United States Courthouse, 500 Pearl Street, New York, New York.

2. Defendants' memorandum in opposition to entry of a preliminary injunction shall be due by **July 22, 2011** at noon.

3. On **July 25, 2011** by **5:00 PM**, the parties shall file: (a) Proposed Findings of Fact and Conclusions of Law; (b) those portions of depositions that are being offered as substantive evidence, along with a one-page synopsis (with transcript citations) of such testimony for each deposition; and (c) a Memorandum of Law.

4. At the same time, the parties shall serve, <u>but not file</u>, affidavits constituting the direct testimony of its witnesses, except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at hearing.

5. At the same time, the parties shall provide the Court with two (2) courtesy copies of all these documents, as well as one (1) set of hearing exhibits, pre-marked and assembled sequentially (a) in a looseleaf binder, or (b) in separate manila folders labeled with the exhibit numbers and placed in a suitable container or box for ready reference.

6. By **July 26, 2011**, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the hearing. Affiants for whom such notice is

       not given are not required to be present at the hearing.

7. The final prehearing conference is scheduled for **July 26, 2011** at **12:00 PM** in Courtroom 11B, United States Courthouse, 500 Pearl Street, New York, New York.

8. By **July 27, 2011,** the parties shall file any Reply Memorandum of Law and provide two (2) courtesy copies to the Court.

IT IS ORDERED that the preliminary injunction hearing will begin at **10:00 AM** on **July 28, 2011**.

IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the hearing:

1. All exhibits must be pre-marked.

2. At the start of the hearing, each party shall provide the Court with three (3) copies of a complete exhibit list.

3. Counsel should make certain that they retain custody of all original exhibits, including the affidavits composing the direct testimony. The Court does not retain them and the Clerk is not responsible for them.

IT IS FURTHER ORDERED that plaintiff shall serve this Order on defendants. Service may be made personally, by facsimile, by overnight courier, or by electronic mail.

SO ORDERED:

Dated:    New York, New York
            July 18, 2011

                                            _/s/ Denise Cote_
                                            DENISE COTE
                              United States District Judge