USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION,      :
                      Plaintiff,         :       11 Civ. 4904 (DLC)
                                         :
          -v-                            :       PRETRIAL
                                         :       SCHEDULING ORDER
COMPANIA INTERNACIONAL FINANCIERA        :
S.A., COUDREE CAPITAL GESTION            :
S.A., CHARTWELL ASSET MANAGEMENT         :
SERVICES,                                :
                      Defendants.        :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

As set forth at the pretrial conference held on July 22, 2011, the following schedule shall govern the further conduct of pretrial proceedings in this case with regard to defendants Compania Internacional Financiera S.A. and Coudree Capital Gestion S.A.:

1. The parties are instructed to contact the chambers of Magistrate Judge Dolinger prior to October 14, 2011 in order to pursue settlement discussions under his supervision.

2. All fact and expert discovery must be completed by January 20, 2012.

3. The following motion will be served by the dates indicated below.

   Any motion for summary judgment:

   - Motion served by February 10, 2012.
   - Opposition served by March 2, 2012.
   - Reply served by March 16, 2012.

4. In the event no motion is filed, the Joint Pretrial Order must be filed by February 10, 2012.

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed

with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         July 26, 2011

_____
DENISE COTE
United States District Judge